No. 10, original. TEXAS *v.* NEW MEXICO ET AL. October 2, 1939. Final report submitted by *Mr. Charles Warren,* Special Master.

No. 75. BADDOUR, ADMINISTRATRIX, *v.* LONG BEACH. October 9, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Euclid* v. *Ambler,* 272 U. S. 365, 387–388; *Zahn* v. *Board of Public Works,* 274 U. S. 325, 327–328; *Lewis* v. *Mayor,* 290 U. S. 585; *Jewish Mental Society* v. *Village of Hastings,* 297 U. S. 666; *West Brothers Brick Co.* v. *Alexandria,* 302 U. S. 658. *Miss Winifred Sullivan* for appellant. No appearance for appellee.